IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01489-OES

ALVIN E. CARRETHERS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ET AL.,
EXECUTIVE DIRECTOR, JOE ORTIZ,
RECORDS CUSTODIAN, TOM KOLLE,
COMMUNITY PAROLE OFFICER, GENIE CONNAGHAN,
ADMINISTRATIVE HEARING OFFICER, DIANE DASH,
CAPTAIN KENNETH WILDENSTEIN,
LUETINENT [sic] DAVID JOHNSON,
HEAD OF PROGRAMS, MARY COX,
HEAD OF ACADEMICS, JOHN CHAPDELAINE,
INSTRUCTOR, CARRIE LEONARD,
INSTRUCTOR, JANE DOE WEINGARDT,
CASE MANGER [sic], DARYL SNYDER, and
CASE MANAGER III, PAUL CLINE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2005

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

On August 5, 2005, this Court entered an order granting Plaintiff Alvin E. Carrethers leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2005) without payment of an initial partial filing fee. At the time Mr. Carrethers initiated the instant action he was in the custody of the Colorado Department of Corrections and was incarcerated at the Sterling, Colorado, Correctional Facility. Although Mr. Carrethers was a prisoner when he initiated this action, he apparently has since been released from custody.

Mr. Carrethers' continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); see also *McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Carrethers will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $250.00 filing fee. Accordingly, it is

ORDERED that Mr. Carrethers submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Carrethers, together with a copy of this order, two copies of the following form for use in submitting the amended motion: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Mr. Carrethers fails to submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the $250.00 filing fee, the action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 15 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01489-OES

Alvin E. Carrethers
Prisoner No. 84159
2975 Pontiac Street
Denver, CO  80205

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 9/15/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk