IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01489-ZLW

ALVIN E. CARRETHERS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ET AL.,
EXECUTIVE DIRECTOR, JOE ORTIZ,
RECORDS CUSTODIAN, TOM KOLLE,
COMMUNITY PAROLE OFFICER, GENIE CONNAGHAN,
ADMINISTRATIVE HEARING OFFICER, DIANE DASH,
CAPTAIN KENNETH WILDENSTEIN,
LUETINENT [sic] DAVID JOHNSON,
HEAD OF PROGRAMS, MARY COX,
HEAD OF ACADEMICS, JOHN CHAPDELAINE,
INSTRUCTOR, CARRIE LEONARD,
INSTRUCTOR, JANE DOE WEINGARDT,
CASE MANGER [sic], DARYL SNYDER, and
CASE MANAGER III, PAUL CLINE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The motion titled "Motion to Waive and/or Amend Copy Fee's [sic]" submitted by Plaintiff Alvin E. Carrethers and filed by the Court on July 9, 2007, is denied as moot. This case was dismissed without prejudice in an order filed on October 27, 2005. The case is closed.

Dated: July 10, 2007

Copies of this Minute Order mailed on July 10, 2007, to the following:

Alvin Carrethers
Prisoner No. 0434381
Denver County Jail
PO Box 1108
Denver, CO 80201

                      Secretary/Deputy Clerk