IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01489-ZLW

ALVIN E. CARRETHERS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ET AL.,
EXECUTIVE DIRECTOR, JOE ORTIZ,
RECORDS CUSTODIAN, TOM KOLLE,
COMMUNITY PAROLE OFFICER, GENIE CONNAGHAN,
ADMINISTRATIVE HEARING OFFICER, DIANE DASH,
CAPTAIN KENNETH WILDENSTEIN,
LUETINENT [sic] DAVID JOHNSON,
HEAD OF PROGRAMS, MARY COX,
HEAD OF ACADEMICS, JOHN CHAPDELAINE,
INSTRUCTOR, CARRIE LEONARD,
INSTRUCTOR, JANE DOE WEINGARDT,
CASE MANGER [sic], DARYL SNYDER, and
CASE MANAGER III, PAUL CLINE,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      The motion titled "Motion to Waive and/or Amend Copy Fee's [sic] Pursuant to 28 U.S.C. § 1915, Affidavit for Leave to Proceed" submitted by Plaintiff Alvin E. Carrethers and filed by the Court on July 25, 2007, is DENIED. This case was dismissed without prejudice in an order filed on October 27, 2005, for Mr. Carrethers' failure to comply with a Court order. This case is closed.

      Mr. Carrethers is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. If Mr. Carrethers wishes to obtain a copy of the complaint he filed with the Court on August 5, 2005, or any other electronic documents filed in this action, he may do so at a cost of fifty cents per page, to be paid in advance. The complaint he filed totals fourteen pages. The attachments to the complaint total twenty-three pages.

Dated: July 27, 2007

Copies of this Minute Order mailed on July 27, 2007, to the following:

Alvin Carrethers
2975 Pontiac Street
Denver, CO 80205

Alvin Carrethers
Prisoner No. 0434381
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk